# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CONVERGEONE HOLDINGS, INC., *et al.* | § | Case No. 24-90194 (CML) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | **Ref. Docket Nos. 3 & 43** |

## MASTER SERVICE LIST
### (as of April 24, 2024)[2]

---

[1]  A complete list of each of the Debtors in the contemplated chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/c1 (the "**Case Website**"). The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is: 10900 Nesbitt Avenue South, Bloomington, Minnesota 55437.

[2] The Master Service List in Excel format is available on the Debtor's website at https://dm.epiq11.com/c1 under "Case Actions."

**DEBTOR/DEBTORS' COUNSEL**

CONVERGEONE HOLDINGS, INC.
(DEBTOR)
10900 NESBITT AVE SOUTH
BLOOMINGTON, MN 55437

WHITE & CASE
(DEBTORS' COUNSEL)
ATTN: BOJAN GUZINA, ANDREW O'NEILL, BLAIR WARNER
ERIN ROSENBERG, & ADAM SWINGLE
111 SOUTH WACKER DR, STE 5100
CHICAGO, IL 60606

**UNITED STATES TRUSTEE**

WHITE & CASE
(DEBTORS' COUNSEL)
ATTN: CHARLES R. KOSTER
609 MAIN ST, STE 2900
HOUSTON, TX 77002
FAX: 713-496-9701

OFFICE OF THE UNITED STATES TRUSTEE
515 RUSK STREET, SUITE 3516
HOUSTON, TX 77002
EMAIL: JAYSON.B.RUFF@USDOJ.GOV

**GOVERNMENT AGENCY**

AL. DEPT OF ENVIRONMENTAL MANAGEMENT
PO BOX 301463
MONTGOMERY, AL 36130-1463
FAX: 334-271-7950
EMAIL: AEMC@ADEM.ALABAMA.GOV

ALABAMA DEPT OF CONSERVATION &
NATURAL RESOURCES
64 N UNION ST
MONTGOMERY, AL 36130
EMAIL: DCNR.COMMISSIONER@DCNR.ALABAMA.GOV

ALABAMA DEPT OF PUBLIC HEALTH
THE RSA TOWER
201 MONROE ST
MONTGOMERY, AL 36104

ALABAMA DEPT OF PUBLIC HEALTH
PO BOX 303017
MONTGOMERY, AL 36130-3017

ALASKA DEPT OF ENVIRONMENTAL
CONSERVATION
410 WILLOUGHBY AVE STE 303
JUNEAU, AK 99811-1800
FAX: 907-465-5070
EMAIL: DEC.COMMISSIONER@ALASKA.GOV

ALASKA ENVIRONMENTAL PROTECTION AGENCY
EPA ALASKA OPERATIONS OFFICE
222 W 7TH AVE #19
ANCHORAGE, AK 99513-7588

ARIZONA DEPT OF ENVIRONMENTAL QUALITY
1110 W WASHINGTON ST
PHOENIX, AZ 85007

ARIZONA DEPT OF ENVIRONMENTAL QUALITY
SOUTHERN REGIONAL OFFICE
400 W CONGRESS ST, STE 433
TUCSON, AZ 85701

ARKANSAS DEPT OF ENERGY & ENVIRONMENT
DIVISION OF ENVIRONMENTAL QUALITY
5301 NORTHSHORE DRIVE
NORTH LITTLE ROCK, AR 72118-5317
FAX: 501-682-0880

ARMY CONTRACTING COMMAND
ATTN: ANA BAY BREAR
4505 MARTIN RD
REDSTONE ARSENAL, AL 35898
EMAIL: ANA.B.BREAR.CIV@ARMY.MIL

CA. DEPT OF TOXIC SUBSTANCES CTRL
1001 'I' ST
SACRAMENTO, CA 95814-2828
FAX: 916-255-3785

CA. DEPT OF TOXIC SUBSTANCES CTRL
PO BOX 806
SACRAMENTO, CA 95812-0806
FAX: 916-255-3785

CALIFORNIA AIR RESOURCES BOARD
1001 'I' ST
SACRAMENTO, CA 95814
EMAIL: HELPLINE@ARB.CA.GOV

CALIFORNIA AIR RESOURCES BOARD
PO BOX 2815
SACRAMENTO, CA 95812
EMAIL: HELPLINE@ARB.CA.GOV

CALIFORNIA DEPT OF CONSERVATION
715 P ST, MS 1900
SACRAMENTO, CA 95814
EMAIL: WEBMASTER@CONSERVATION.CA.GOV

CALIFORNIA DEPT OF WATER RESOURCES
715 P ST
SACRAMENTO, CA 95814
FAX: 916-653-6192
EMAIL: MEDIA@WATER.CA.GOV

CALIFORNIA DEPT OF WATER RESOURCES
PO BOX 94236
SACRAMENTO, CA 94236-0001
FAX: 916-653-6192
EMAIL: MEDIA@WATER.CA.GOV

CALIFORNIA ENVIRONMENTAL PROTECTION
AGENCY
1001 I ST
PO BOX 2815
SACRAMENTO, CA 95812-2815

CALIFORNIA INTEGRATED WASTE MGMT BOARD
1001 I ST
PO BOX 4025
SACRAMENTO, CA 95812-4025
EMAIL: OPA@CALRECYCLE.CA.GOV

COLORADO DEPT OF PUBLIC HEALTH AND
ENVIRONMENT
4300 CHERRY CREEK DRIVE S
DENVER, CO 80246-1530
EMAIL: CDPHE.INFORMATION@STATE.CO.US

COMMONWEALTH OF PUERTO RICO ATTY GENERAL
ATTN: DOMINGO EMANUELLI HERNANDEZ
PO BOX 9020192
SAN JUAN, PR 00902-0192

CONNECTICUT DEPT OF ENERGY AND
ENVIRONMENTAL PROTECTION
79 ELM ST
HARTFORD, CT 06106-5127
EMAIL: DEEP.WEBMASTER@CT.GOV

CONNECTICUT DEPT OF PUBLIC HEALTH
410 CAPITOL AVE
HARTFORD, CT 06134
EMAIL: ASK.DPH@CT.GOV

DC DEPT OF ENERGY AND ENVIRONMENT
1200 FIRST ST, NE
WASHINGTON, DC 20002
EMAIL: DOEE@DC.GOV

DC DEPT OF HEALTH'S ENVIRONMENTAL
HEALTH ADMINISTRATION
899 N CAPITOL ST, NE
WASHINGTON, DC 20002
FAX: 202-442-4795
EMAIL: DOH@DC.GOV

DELAWARE DEPT OF NATURAL RESOURCES
& ENVIRONMENTAL CONTROL
89 KINGS HIGHWAY
DOVER, DE 19901

DEPARTMENT OF HOMELAND SECURITY
ATTN: SHARON BROWN; MAXINE EDWARDS
245 MURRAY LN SW
WASHINGTON, DC 20528
EMAIL: SHARON.BROWN1@DHS.GOV;
MAXINE.EDWARDS@ICE.DHS.GOV

DEPARTMENT OF HOMELAND SECURITY
425 N SAM HOUSTON PKWY E
HOUSTON, TX 77060

DEPARTMENT OF INDUSTRIAL
RELATIONS
2032 HOWE AVE STE 100
SACRAMENTO, CA 95825

DISTRICT OF COLUMBIA ATTORNEY GENERAL
ATTN: BRIAN L. SCHWALB
400 6TH STREET, NW
WASHINGTON, DC 20001
FAX: 202-347-8922
EMAIL: OAG@DC.GOV

FLORIDA DEPT OF ENVIRONMENTAL
PROTECTION
3900 COMMONWEALTH BLVD
TALLAHASSEE, FL 32399
EMAIL: PUBLIC.SERVICES@FLORIDADEP.GOV

FLORIDA DEPT OF HEALTH
4052 BALD CYPRESS WAY
BIN #A00
TALLAHASSEE, FL 32399-1701
FAX: 850-245-4444

GEORGIA ENVIRONMENTAL PROTECTION DIV
2 MARTIN LUTHER KING JR DRIVE
STE 1456
ATLANTA, GA 30334-9000
EMAIL: ASKEPD@GAEPD.ORG

GUAM ENVIRONMENTAL PROTECTION AGENCY
BLDG 17-3304, MARINER AVE
TIYAN, BARRIGADA, GU 96913
FAX: 671-300-4752

HAWAII DEPT OF LAND & NATURAL RESOURCES
KALANIMOKU BLDG
1151 PUNCHBOWL ST
HONOLULU, HI 96813
EMAIL: DLNR@HAWAII.GOV

HILL AIR FORCE BASE
ATTN: DEBORAH SPARKS
7981 GEORGIA ST
HILL AFB, UT 84056
EMAIL: DEBORAH.SPARKS@US.AF.MIL

IDAHO DEPT OF ENVIRONMENTAL QUALITY
1410 N HILTON ST
BOISE, ID 83706

IDAHO DEPT OF WATER RESOURCES
PO BOX 83720
BOISE, ID 83720-0098
FAX: 208-287-6700
EMAIL: IDWRINFO@IDWR.IDAHO.GOV

IDAHO DEPT OF WATER RESOURCES
IDAHO WATER CENTER
322 E FRONT ST
STE 648
BOISE, ID 83702-7371
FAX: 208-287-6700
EMAIL: IDWRINFO@IDWR.IDAHO.GOV

ILLINOIS DEPT OF NATURAL RESOURCES
ONE NATURAL RESEOURCES WAY
SPRINGFIELD, IL 62702-1271

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
1021 N GRAND AVE E
PO BOX 19276
SPRINGFIELD, IL 62794-9276

INDIANA DEPT OF ENVIRONMENTAL MGMT
INDIANA GOVERNMENT CENTER NORTH
100 N SENATE AVE
INDIANAPOLIS, IN 46204-2251
FAX: 317-233-6647
EMAIL: PSBADGER@IDEM.IN.GOV

INDIANA DEPT OF NATURAL RESOURCES
402 W WASHINGTON ST
INDIANAPOLIS, IN 46204
FAX: 317-233-6811
EMAIL: PAC@DNR.IN.GOV

INTERNAL REVENUE SERVICES
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

INTERNAL REVENUE SERVICES
LOCAL OFFICE
1100 COMMERCE ST, RM 121
DALLAS, TX 75242

IOWA DEPT OF NATURAL RESOURCES
WALLACE STATE OFFICE BLDG
502 E 9TH ST, 4TH FL
DES MOINES, IA 50319-0034
FAX: 515-725-8201

KANSAS DEPT OF HEALTH & ENVIRONMENT
1000 SW JACKSON ST
TOPEKA, KS 66612

KENTUCKY DEPT OF
ENVIRONMENTAL PROTECTION
300 SOWER BLVD
FRANKFORT, KY 40601
FAX: 502-564-4245
EMAIL: ENVHELP@KY.GOV

LOUISIANA DEPT OF
602 N FIFTH ST
BATON ROUGE, LA 70802

MAINE DEPT OF
ENVIRONMENTAL PROTECTION
17 STATE HOUSE STATION
AUGUSTA, ME 04333-0017
FAX: 207-287-7826

MARYLAND DEPT OF NATURAL RESOURCES
580 TAYLOR AVE
ANNAPOLIS, MD 21401

MARYLAND DEPT OF THE ENVIRONMENT
1800 WASHINGTON BLVD
BALTIMORE, MD 21230
FAX: 410-537-3966

MASSACHUSETTS EXECUTIVE OFFICE OF
ENERGY AND ENVIRONMENTAL AFFAIRS
100 CAMBRIDGE ST
9TH FL
BOSTON, MA 02114
FAX: 617-626-1181
EMAIL: ENV.INTERNET@MASS.GOV

MICHIGAN DEPT OF
ENVIRONMENTAL QUALITY
525 W ALLEGAN ST
PO BOX 30473
LANSING, MI 48909-7973
FAX: 517-241-3571
EMAIL: EGLE-ASSIST@MICHIGAN.GOV

MINNESOTA DEPT OF
NATURAL RESOURCES
500 LAFAYETTE ROAD
ST. PAUL, MN 55155-4194
EMAIL: INFO.DNR@STATE.MN.GOV

MINNESOTA POLLUTION CONTROL AGENCY
500 LAFAYETTE ROAD
ST. PAUL, MN 55155-4194

MISSISSIPPI DEPT OF
ENVIRONMENTAL QUALITY
LEGAL DIVISION
PO BOX 2261
JACKSON, MS 39225
FAX: 601-354-6612

MISSOURI DEPT OF NATURAL RESOURCES
DIVISION OF ENVIRONMENTAL QUALITY
1101 RIVERSIDE DR
PO BOX 176
JEFFERSON CITY, MO 65102-0176

MISSOURI DEPT OF NATURAL RESOURCES
DIVISION OF ENVIRONMENTAL QUALITY
PO BOX 176
JEFFERSON CITY, MO 65102-0176
FAX: 573-526-3350
EMAIL: ENVIROLAB@DNR.MO.GOV

MONTANA DEPT OF ENVIRONMENTAL QUALITY
1520 E 6TH AVE
HELENA, MT 59601

N.C. DEPT OF ENVIRONMENTAL QUALITY
217 W JONES ST
RALEIGH, NC 27603

N.C. DEPT OF ENVIRONMENTAL QUALITY
1601 MAIL SERVICE CTR
RALEIGH, NC 27699-1601

NEBRASKA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 98922
LINCOLN, NE 68509-8922
FAX: 402-471-2909
EMAIL: NDEE.MOREINFO@NEBRASKA.GOV

NEVADA DIVISION OF
ENVIRONMENTAL PROTECTION
901 S STEWART ST
STE 4001
CARSON CITY, NV 89701-5249
FAX: 775-687-5856

NEW HAMPSHIRE DEPT OF
ENVIRONMENTAL SERVICES
29 HAZEN DR
CONCORD, NH 03002-0095

NEW JERSEY DEPT OF ENVIRON. PROTECTION
PO BOX 420
TRENTON, NJ 08625

NEW MEXICO ENVIRONMENT DEPT
HAROLD RUNNELS BLDG
1190 ST FRANCIS DR
STE N4050
SANTA FE, NM 87505

NEW MEXICO ENVIRONMENT DEPT
PO BOX 5469
SANTA FE, NM 87502-5469

NEW YORK STATE DEPT OF
ENVIRONMENTAL CONSERVATION
625 BRAODWAY
ALBANY, NY 12233-1011
EMAIL: CONTACT@DEC.NY.GOV

NORTH DAKOTA DEPT OF HEALTH
600 E BLVD AVE, DEPT 325
BISMARCK, ND 58505-0250
FAX: 701-328-2359
EMAIL: DHSEO@ND.GOV

NORTHERN MARIANA ISLANDS ATTORNEY
GENERAL ATTN: EDWARD MANIBUSAN
CALLER BOX 10007
SAIPAN, MP 96950-8907
FAX: 670-664-2349

OFFICE OF THE ATTORNEY GENERAL OF GUAM
ATTN:DOUGLAS B. MOYLAN
ADMINISTRATION DIVISION
590 S MARINE CORPS DR, STE 901
TAMUNING, GU 96913
FAX: 671-477-4703
EMAIL: EMAIL@GUAMAG.ORG;
ADMINISTRATION@OAGGUAM.ORG

OHIO DEPT OF NATURAL RESOURCES
2045 MORSE ROAD
COLUMBUS, OH 43229-6693

OHIO ENVIRONMENTAL PROTECTION AGENCY
LAZARUS GOV'T CTR
50 W TOWN ST, STE 700
PO BOX 1049
COLUMBUS, OH 43216-1049
FAX: 614-644-4272

OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY
707 N ROBINSON
OKLAHOMA CITY, OK 73102
FAX: 405-702-7102

OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 1677
OKLAHOMA CITY, OK 73101-1677
FAX: 405-702-7102

OREGON DEPT OF ENVIRONMENTAL QUALITY
700 NE MULTNOMAH ST, STE 600
PORTLAND, OR 97232-4100
FAX: 503-229-6124
EMAIL: DEQINFO@DEQ.STATE.OR.US

OREGON DEPT OF FISH AND WILDLIFE
4034 FAIRVIEW INDUSTRIAL DRIVE, SE
SALEM, OR 97302

PENNSYLVANIA DEPT OF
ENVIRONMENTAL PROTECTION
RACHEL CARSON STATE OFFICE BLDG
400 MARKET ST
HARRISBURG, PA 17101

PUERTO RICO DEPT OF ENVIRONMENT
& NATURAL RESOURCES
1250 H ST NW, STE 850
WASHINGTON, DC 20005
FAX: 202-266-4937
EMAIL: ECOS@ECOS.ORG

RHODE ISLAND DEPT OF
ENVIRONMENTAL MANAGEMENT
235 PROMENADE ST
PROVIDENCE, RI 02908-5767

S.C. DEPT OF NATURAL RESOURCES
1000 ASSEMBLY ST
COLUMBIA, SC 29201

S.C. DEPT OF NATURAL RESOURCES
PO BOX 11710
COLUMBIA, SC 29211-1710

SECURITIES & EXCHANGE COMMISSION
100 F ST NE
WASHINGTON, DC 20549
EMAIL: CHAIRMANOFFICE@SEC.GOV

SOUTH DAKOTA DEPT OF ENVIRONMENT
& NATURAL RESOURCES
523 E CAPITOL AVE
PIERRE, SD 57501

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL
ATTN: TREG TAYLOR
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501-1994
FAX: 907-276-3697
EMAIL: ATTORNEY.GENERAL@ALASKA.GOV

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
DEPT. OF LEGAL AFFAIRS
EXECUTIVE OFFICE BLDG., 3RD FLR
P.O. BOX 7
UTULEI, AS 96799
EMAIL: AG@LA.AS.GOV

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
ATTN: FAINU'ULELEI FALEFATU
ALA'ILIMA-UTU AMERICAN SAMOA GOV'T,
EXEC BLDG UTULEI, TERR OF AMERICAN SAMOA
PAGO PAGO, AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: KRIS MAYES
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2926
FAX: 602-542-4085
EMAIL: AGINFO@AZAG.GOV

STATE OF ARKANSAS ATTORNEY GENERAL
ATTN: TIM GRIFFIN
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201-2610
FAX: 501-683-2520
EMAIL: OAG@ARKANSASAG.GOV

STATE OF CALIFORNIA ATTORNEY GENERAL
CONSUMER PROTECTION SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE., STE. 11000
SAN FRANCISCO, CA 94102-7004

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 'I' ST
SACRAMENTO, CA 95814-2919
FAX: 916-323-5341

STATE OF COLORADO ATTORNEY GENERAL
ATTN: PHIL WEISER
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO 80203
FAX: 720-508-6030
EMAIL: ATTORNEY.GENERAL@COAG.GOV

STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT 06106
FAX: 860-808-5387
EMAIL: ATTORNEY.GENERAL@CT.GOV

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801
FAX: 302-577-6630
EMAIL: ATTORNEY.GENERAL@DELAWARE.GOV

STATE OF FLORIDA ATTORNEY GENERAL
ATTN: ASHLEY MOODY
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
FAX: 850-487-2564

STATE OF GEORGIA ATTORNEY GENERAL
ATTN: CHRIS CARR
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334
FAX: 404-657-8733
EMAIL: AGCARR@LAW.GA.GOV

STATE OF HAWAII ATTORNEY GENERAL
ATTN: ANN E LOPEZ
425 QUEEN ST
HONOLULU, HI 96813
FAX: 808-586-1239
EMAIL: HAWAIIAG@HAWAII.GOV

STATE OF IDAHO ATTORNEY GENERAL
ATTN: RAUL R. LABRADOR
700 W JEFFERSON ST, STE 210
PO BOX 83720
BOISE, ID 83720-0010
FAX: 208-854-8071
EMAIL: BANKRUPTCY@AG.IDAHO.GOV

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
100 W RANDOLPH ST
CHICAGO, IL 60601

STATE OF INDIANA ATTORNEY GENERAL
ATTN: TODD ROKITA
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FL
INDIANAPOLIS, IN 46204
FAX: 317-232-7979

STATE OF IOWA ATTORNEY GENERAL
ATTN: BRENNA BIRD
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319
FAX: 515-281-4209
EMAIL: WEBTEAM@AG.IOWA.GOV

STATE OF KANSAS ATTORNEY GENERAL
ATTN: KRIS W. KOBACH
120 SW 10TH AVE, 2ND FL
TOPEKA, KS 66612
FAX: 785-296-6296

STATE OF KENTUCKY ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449
FAX: 502-564-2894

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
PO BOX 94005
BATON ROUGE, LA 70804
EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
1885 N THIRD ST
BATON ROUGE, LA 70802
EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV

STATE OF MAINE ATTORNEY GENERAL
ATTN: AARON FREY
6 STATE HOUSE STATION
AUGUSTA, ME 04333
EMAIL: ATTORNEY.GENERAL@MAINE.GOV

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: ATHONY G. BROWN
200 ST PAUL PLACE
BALTIMORE, MD 21202
EMAIL: OAG@OAG.STATE.MD.US

STATE OF MASSACHUSETTS ATTORNEY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518
EMAIL: AGO@STATE.MA.US

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: DANA NESSEL
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909
FAX: 517-335-7644
EMAIL: MIAG@MICHIGAN.GOV

STATE OF MINNESOTA ATTORNEY GENERAL
ATTN: KEITH ELLISON
445 MINNESOTA ST STE 1400
ST. PAUL, MN 55101-2131
EMAIL: ATTORNEY.GENERAL@AG.STATE.MN.US

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: LYNN FITCH
PO BOX 220
JACKSON, MS 39205

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: ANDREW BAILEY
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102
FAX: 573-751-0774
EMAIL: ATTORNEY.GENERAL@AGO.MO.GOV

STATE OF MONTANA ATTORNEY GENERAL
ATTN: AUSTIN KNUDSEN
JUSTICE BLDG
215 N SANDERS ST
HELENA, MT 59601
FAX: 406-444-3549

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: MIKE HILGERS
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509
FAX: 402-471-3297
EMAIL: AGO.INFO.HELP@NEBRASKA.GOV

STATE OF NEVADA ATTORNEY GENERAL
ATTN: AARON D. FORD
100 N CARSON ST
CARSON CITY, NV 89701
FAX: 775-684-1108
EMAIL: AGINFO@AG.NV.GOV

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301
FAX: 603-271-2110
EMAIL: ATTORNEYGENERAL@DOJ.NH.GOV

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080
FAX: 609-292-3508

STATE OF NEW MEXICO ATTORNEY GENERAL
ATTN: RAUL TORREZ
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501
FAX: 505-490-4883

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
9001 MAIL SERVICE CTR
RALEIGH, NC 27699-9001
FAX: 919-716-6750

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
PO BOX 629
RALEIGH, NC 27602-0629
FAX: 919-716-6750

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: DREW WRIGLEY
600 E BOULEVARD AVE
DEPT 125
BISMARCK, ND 58505
EMAIL: NDAG@ND.GOV

STATE OF OHIO ATTORNEY GENERAL
ATTN: DAVE YOST
30 E BROAD ST, 14TH FL
COLUMBUS, OH 43215
EMAIL: TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN: DONNA HOPE
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
FAX: 405-521-6246
EMAIL: DONNA.HOPE@OAG.OK.GOV

STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST, NE
SALEM, OR 97301-4096
EMAIL: ATTORNEYGENERAL@DOJ.STATE.OR.US

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
16TH FLR
HARRISBURG, PA 17120
FAX: 717-787-8242
EMAIL: CONSUMERS@ATTORNEYGENERAL.GOV

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN: PETER F. NERONHA
150 S MAIN ST
PROVIDENCE, RI 02903
EMAIL: AG@RIAG.RI.GOV

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549
EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
REMBERT C. DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201
EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: MARK JACKLEY
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501
FAX: 605-773-4106
EMAIL: CONSUMERHELP@STATE.SD.US

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE, TN 37202-0207
FAX: 615-741-2009
EMAIL: AGBANKCAL@AG.TN.GOV

STATE OF TEXAS ATTORNEY GENERAL
ATTN: CHRISTOPHER S. MURPHY- ASSISTANT AG
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548
EMAIL: CHRISTOPHER.MURPHY@OAG.TEXAS.GOV

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701
EMAIL: COMPLAINTS@OAG.TEXAS.GOV

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
350 N STATE ST, STE 230
SALT LAKE CITY, UT 84114-2320
EMAIL: BANKRUPTCY@AGUTAH.GOV

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
PO BOX 142320
SALT LAKE CITY, UT 84114-2320
EMAIL: BANKRUPTCY@AGUTAH.GOV

STATE OF VERMONT ATTORNEY GENERAL
ATTN: CHARITY R. CLARK
109 STATE ST
MONTPELIER, VT 05609-1001
EMAIL: AGO.INFO@VERMONT.GOV

STATE OF VIRGINIA ATTORNEY GENERAL
ATTN: JASON MIYARES
202 N NINTH ST
RICHMOND, VA 23219
FAX: 703-277-3547
EMAIL: EMAILMAILOAG@OAG.STATE.VA.US

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
1125 WASHINGTON ST SE
OLYMPIA, WA 98504-0100
EMAIL: SERVICEATG@ATG.WA.GOV

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
PO BOX 40100
OLYMPIA, WA 98504-0100
EMAIL: SERVICEATG@ATG.WA.GOV

STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTN: PATRICK MORRISEY
STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305
FAX: 304-558-0140
EMAIL: COMMUNICATIONS@WVAGO.GOV

STATE OF WISCONSIN ATTORNEY GENERAL
ATTN: JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
17 PO BOX 7857
MADISON, WI 53703-7857
FAX: 608-267-2779

STATE OF WYOMING ATTORNEY GENERAL
ATTN: BRIDGET HILL
109 STATE CAPITAL
200 W. 24TH ST
CHEYENNE, WY 82002
FAX: 307-777-6869

TENNESSEE DEPT OF
ENVIRONMENT & CONSERVATION
312 ROSA L PARK AVE
NASHVILLE, TN 37243

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY
MAIL CODE TCEQ
PO BOX 13087
AUSTIN, TX 78711-3087

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY
BUILDING LETTER TCEQ
12100 PARK 35 CIRCLE
AUSTIN, TX 78753

THE UNITED STATES ATTORNEYS OFFICE
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTN: RICHARD A KINCHELOE
1000 LOUISIANA ST
HOUSTON, TX 77002

U.S VIRGIN ISLANDS ATTORNEY GENERAL
ATTN: ARIEL SMITH
3438 KRONDPRINDSENS GADE
GERS BUILDING,2ND FLOOR
ST. THOMAS, VI 00802
EMAIL: INFO@USVIDOJ.COM

U.S VIRGIN ISLANDS ATTORNEY GENERAL
ATTN: ARIEL SMITH
#213 ESTATE LA REINE
6151 RR1
ST. CROIX, VI 00850
EMAIL: INFO@USVIDOJ.COM

UNITED STATES AIR FORCE
MCCONNELL AIR FORCE BASE
ATTN: EVAN MICKEY; CAMERON COLLINS
53384 KANSAS ST STE 110
MCCONNELL AFB, KS 67221-3702
EMAIL: EVAN.MICKEY.1@US.AF.MIL;
CAMERON.COLLINS.2@US.AF.MIL; SUSANA.DRYER@US.AF.MIL

UNITED STATES AIR FORCE
LUKE AIR BASE
ATTN: DETRICK DUKES
14185 FALCON ST
LUKE AFB, AZ 85309
EMAIL: DETRICK.DUKES@US.AF.MIL

US CUSTOMS AND BORDER PROTECTION
ATTN: EBRIMA CONTEH; JOHN MARSHALL
22685 HOLIDAY PARK DR STE 15
20598
STERLING, VA 20166
EMAIL: JOHN.T.MARSHALL@CBP.DHS.GOV

US CUSTOMS AND BORDER PROTECTION
ATTN: JOSE GALLEGOS
5911 SOUTH STEWARD RD
MISSION, TX 78572
EMAIL: JOSE.GALLEGOS@CBP.DHS.GOV

US GENERAL SERVICES ADMINISTRATION
ATTN: PHILIP BINOJ
EDWARD A. GARMATZ U.S. COURTHOUSE
101 W LOMBARD ST
BALTIMORE, MD 21201-2605
EMAIL: BINOJ.PHILIP@GSA.GOV

US GENERAL SERVICES ADMINISTRATION
ATTN: BRIAN BEGLEY
1800 F ST., NW
WASHINGTON, DC 20405
EMAIL: BRIAN.BEGLEY@GSA.GOV

US GENERAL SERVICES ADMINISTRATION
ATTN: COLLIN FARQUHAR
THOMAS P O'NEILL JR BDG
10 CAUSEWAY STREET
BOSTON, MA 02222-1076
EMAIL: COLLIN.FARQUHAR@GSA.GOV

UTAH DEPT OF ENVIRONMENTAL QUALITY
195 NORTH 1950 WEST
SALT LAKE CITY, UT 84116
EMAIL: DEQINFO@UTAH.GOV

UTAH DEPT OF ENVIRONMENTAL QUALITY
PO BOX 144810
SALT LAKE CITY, UT 84114-4810
EMAIL: DEQINFO@UTAH.GOV

VERMONT AGENCY OF NATURAL RESOURCES
1 NATIONAL LIFE DR
DAVIS 2
MONTPELIER, VT 05620-3901
EMAIL: ANR.INFO@VERMONT.GOV

VIRGINIA DEPT OF ENVIRONMENTAL QUALITY
1111 E MAIN ST
STE 1400
RICHMOND, VA 23219

VIRGINIA DEPT OF ENVIRONMENTAL QUALITY
PO BOX 1105
RICHMOND, VA 23218

VT. DEPT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL ASSITANCE OFFICE
1 NATIONAL LIFE DR
DAVIS 3
MONTPELIER, VT 05620

WASHINGTON DEPT OF TRANSPORTATION
310 MAPLE PARK AVE SE
PO BOX 47300
OLYMPIA, WA 98504-7300

WASHINGTON STATE DEPT OF NATURAL
RESOURCES NATURAL RESOURCES BUILDING
1111 WASHINGTON ST, SE
OLYMPIA, WA 98504

WASHINGTON STATE DEPT OF NATURAL
RESOURCES MS 47000
OLYMPIA, WA 98504

WEST VIRGINIA DIVISION OF
ENVIRONMENTAL PROTECTION
601 57TH ST SE
CHARLESTON, WV 25304

WISCONSIN DEPT OF NATURAL RESOURCES
101 S WEBSTER ST
PO BOX 7921
MADISON, WI 53707-7921
FAX: 608-261-4380

**LENDER**

WYOMING DEPT OF ENVIRONMENTAL QUALITY
200 W 17TH ST
CHEYENNE, WY 82002
FAX: 307-635-1784

AKIN GUMP STRAUSS HAUER & FELD LLP
COUNSEL TO THE KL NOTES AGENT
ATTN: LECH K. WILKIEWICZ
2300 N. FIELD STREET SUITE 1800
DALLAS, TX 75201
EMAIL: LWILKIEWICZ@AKINGUMP.COM

CAHILL GORDON & REINDEL LLP
COUNSEL TO THE FIRST LIEN TERM LOAN AGENT
ATTN: RICHARD A. STIEGLITZ JR.
32 OLD SLIP
NEW YORK, NY 10005
EMAIL: SDOWNING@CAHILL.COM; RSTIEGLITZ@CAHILL.COM

CAHILL GORDON & REINDEL LLP
COUNSEL TO THE SECOND LIEN AGENT
ATTN: RICHARD A. STIEGLITZ JR.
32 OLD SLIP
NEW YORK, NY 10005
EMAIL: SDOWNING@CAHILL.COM; RSTIEGLITZ@CAHILL.COM

DAVIS POLK & WARDWELL
COUNSEL TO THE SECOND LIEN AD HOC GROUP
ATTN: DAMIAN S. SCHAIBLE/ADAM L. SHPEEN
450 LEXINGTON AVE
NEW YORK, NY 10017
EMAIL: DAMIAN.SCHAIBLE@DAVISPOLK.COM;
ADAM.SHPEEN@DAVISPOLK.COM

DEUTSCHE BANK AG
60 WALL STREET, 2ND FLOOR
NEW YORK, NY 10005

DEUTSCHE BANK TRUST COMPANY
1 COLUMBUS CIRCLE, 17TH FLOOR
MS: NYC01-1710
NEW YORK, NY 10019-8735

GIBSON DUNN & CRUTCHER LLP
(COUNSEL TO THE FIRST LIEN AD HOC GROUP)
ATTN: SCOTT J. GREENBERG/KEITH R. MARTORANA
200 PARK AVENUE
NEW YORK, NY 10166-0193
EMAIL: SGREENBERG@GIBSONDUNN.COM;
KMARTORANA@GIBSONDUNN.COM;
SDOMANOWSKI@GIBSONDUNN.COM

KENNEDY LEWIS MANAGEMENT LP
225 LIBERTY STREET, STE 4210
NEW YORK, NY 10281
EMAIL: OPS@KLIMLLC.COM

LATHAM & WATKINS LLP
COUNSEL TO THE PVKG NOTES AGENT
ATTN: KEITH A. SIMON
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: KEITH.SIMON@LW.COM

MONARCH ALTERNATIVE CAPITAL LP
535 MADISON AVENUE
NEW YORK, NY 10022
EMAIL: LEGALTEAM@MONARCHLP.COM

MOSES & SINGER LLP
COUNSEL PREPETITION KL NOTE
KENT C. KOLBIG & ANDREW OLIVER
405 LEXINGTON AVENUE
NEW YORK, NY 10174
EMAIL: AOLIVER@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM

OTTERBOURG P.C.
COUNSEL TO THE ABL AGENT
ATTN: DANIEL F. FIORILLO
230 PARK AVENUE
NEW YORK, NY 10169-0075
EMAIL: DFIORILLO@OTTERBOURG.COM

PVKG INVESTMENT HOLDINGS INC
AS ADMIN AGENT
712 5TH AVENUE, 43RD FL
NEW YORK, NY 10019
EMAIL: PHEYER@CVC.COM; LHAEGG@CVC.COM

SILVER POINT CAPITAL
ATTN: MATT EHMER; JARED WEISMAN
2 GREENWICH PLAZA
GREENWICH, CT 06830
EMAIL: MEHMER@SILVERPOINTCAPITAL.COM;
CREDITADMIN@SILVERPOINTCAPITAL.COM;
JWEISMAN@SILVERPOINTCAPITAL.COM

UBS AG
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

**TOP 30 UNSECURED CREDITORS**

WELLS FARGO COMMERCIAL DISTRIBUTION
FINANCE, LLC
1100 ABERNATHY ROAD, STE 1600
ATLANTA, GA 30328

AKAMAI TECHNOLOGIES, INC.
PO BOX 26590
NEWYORK, NY 10087-6590

AKAMAI TECHNOLOGIES, INC.
145 BROADWAY
CAMBRIDGE, MA 02142
EMAIL: SEANO@AKAMAI.COM

ARROW ENTERPRISE COMPUTING SOLUTIONS INC
13219 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ARROW ENTERPRISE COMPUTING SOLUTIONS INC
9151 E PANORAMA CIRCLE
CENTENNIAL, CO 80112
EMAIL: EOBRIEN@ARROW.COM

AVAYA
350 MT KEMBLE AVENUE
MORRISTOWN, NJ 07960
EMAIL: ASCHOBER@AVAYA.COM

AVAYA
3795 DATA DRIVE
NORCROSS, GA 30092

AVAYA
14400 HERTZ QUAIL SPRINGS PKWY
OKLAHOMA CITY, OK 73134

AVAYA, INC
PO BOX 1379
RAYMOND, MS 39154
EMAIL: USCARE@AVAYA.COM

BLACKBERRY CORPORATION
12432 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

BLACKBERRY CORPORATION
3001 BISHOP DRIVE #400
SAN RAMON, CA 94583
EMAIL: ROPHILLIPS@BLACKBERRY.COM

CALABRIO INC
ATTN: ACCOUNTS RECEIVABLE
241 NORTH 5TH AVENUE, SUITE 120
MINNEAPOLIS, MN 55401
EMAIL: JAYME.KIESTER@CALABRIO.COM

CARAHSOFT TECHNOLOGY CORPORATION
11493 SUNSET HILLS ROAD
SUITE 100
RESTON, VA 20190
EMAIL: SHANNON.LEVINSOHN@CARAHSOFT.COM

CISCO SYSTEMS
PO BOX 91232
CHICAGO, IL 60693-1232

CISCO SYSTEMS CAPITAL CORPORATION
170 W. TASMAN DRIVE
SAN JOSE, CA 95134
EMAIL: DAWOOSTE@CISCO.COM; CSCC-AMERICAS-
NOTICE@CISCO.COM

FIVE9 INC
1801 W OLYMPIC BLVD
FILE 2361
PASADENA, CA 91199-2361
EMAIL: KEITH.BUTLER@FIVE9.COM

GENESYS CLOUD SERVICES, INC.
PO BOX 201005
DALLAS, TX 75320-1005

GENESYS CLOUD SERVICES, INC.
1302 EL CAMINO REAL
SUITE 300
MENLO PARK, CA 94025

GENESYS CLOUD SERVICES, INC.
2001 JUNIPERO SERRA BLVD
DALY CITY, CA 94014
EMAIL: BRANDON.WARREN@GENESYS.COM

HYPER 30 MEDICAL LLC
UNITED CAPITAL FUNDING CORP
PO BOX 31246
TAMPA, FL 33631-3246
EMAIL: GPALACIOS@H30D.COM

INCONTACT, INC. DBA NICE INCONTACT
DEPARTMENT #406
PO BOX 30015
SALT LAKE CITY, UT 84130

INCONTACT, INC. DBA NICE INCONTACT
DBA NICE INCONTACT
75 WEST TOWNE RIDGE PKWY TOWER1
SANDY, UT 84070-5522
EMAIL: TRISTAN.AMUNDSON@NICE.COM

INGRAM MICRO
PO BOX 746285
ATLANTA, GA 30374-6285

INGRAM MICRO INC
1759 WEHRL DR
WILLIAMSVILLE, NY 14221
EMAIL: TIM.HORNEF@INGRAMMICRO.COM

INGRAM MICRO INC -- CLOUD
3351 MICHELSON,SUITE 100
IRVINE, CA 92612-0697

INTELEPEER CLOUD CONMMUNICATIONS LLC
1855 GRIFFIN RD STE A200
DANIA BEACH, FL 33004
EMAIL: JJONES@INTELEPEER.COM

INTELEPEER CLOUD CONMMUNICATIONS LLC
DEPT. LA 24295
PASADENA, CA 91185-4295

INTRADO LIFE & SAFETY SOLUTIONS CORP
1601 DRY CREEK DRIVE
LONGMONT, CO 80503
EMAIL: VHEARN@INTRADO.COM

IT NETWORK CONSULTANTS, LLC
#1130 2321 SIR BARTON WAY SUITE 140
LEXINGTON, KY 40509
EMAIL: TMCCOLLUM@ITNC.BIZ

MUTARE SOFTWARE
2325 HICKS RD
ROLLING MEADOWS, IL 60008
EMAIL: VSIDOR@MUTARE.COM

NECTAR SERVICES CORP
366 N BROADWAY, SUITE 201
ATTN: ANTHONY FERNANDEZ
JERICO, NY 11753
EMAIL: JRYAN@NECTARCORP.COM

NUANCE COMMUNICATIONS INC
1 WAYSIDE ROAD
BURLINGTON, MA 01803

NUANCE COMMUNICATIONS INC
PO BOX 2561
CAROL STREAM, IL 60132-2561

NUANCE INCORPORATED
8416 CAREFREE CIRCLE
INDIANAPOLIS, IN 46236
EMAIL: JULIEPRATT@MICROSOFT.COM

OMILIA NATURAL LANGUAGE SOLUTIONS LTD
GLADSTONOS 55
ROUSSOS CENTER POINT
3RD FLOOR, OFFICE 3C-3D
LIMASSOL 03040 CYPRUS
EMAIL: QUINN.AGEN@OMILIA.COM

OPEN TEXT INC
C/O JP MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL 60673

OPEN TEXT INC
8717 RESEARCH DRIVE
IRVINE, CA 92618

OPEN TEXT INC
2440 SAND HILL RD, STE 302
MENLO PARK, CA 94025
EMAIL: KWALDRON@OPENTEXT.COM

ORACLE AMERICA, INC.
PO BOX 203448
DALLAS, TX 75320-3448

ORACLE AMERICA, INC.
500 ORACLE PARKWAY
REDWOOD CITY, CA 94065

PURE STORAGE
2555 AUGUSTINE DR
SANTA CLARA, CA 95054
EMAIL: TWORDEN@PURESTORAGE.COM

SCANSOURCE COMMUNICATIONS
6 LOGUE COURT
GREENVILLE, SC 29615
EMAIL: GARNER.BASS@SCANSOURCE.COM

SCANSOURCE COMMUNICATIONS
JP MORGAN CHASE BANK, N.A.
131 SOUTH DEARBORN STREET - 6TH
ATTN: SCANSOURCE, INC. 24263
CHICAGO, IL 60603

SHI INTERNATIONAL CORP
C/O OFFICE OF THE GENERAL COUNSEL
290 DAVIDSON AVENUE
SOMERSET, NJ 08873
EMAIL: CRYSTAL_SCHULTZ@SHI.COM

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX 75395-2121

SUMMER SOLUTIONS INC
4 WINDSONG WAY
HOPKINTON, MA 01748
EMAIL: RSKIDMORE@ASASOLUTIONS.COM

SWAMPFOX TECHNOLOGIES INC
1337 ASSEMBLY STREET
COLUMBIA, SC 29201
EMAIL: BOB.COOPER@SWAMPFOXINC.COM

TACTICAL DIGITAL CORP
PO BOX 2652
SPRINGFIELD, VA 22152

TACTICAL DIGITAL CORP
6200 ROLLING RD STE 2652
SPRINGFIELD, VA 22152
EMAIL: DANIEL.BRADLEY@TACDIG.COM

VERIGENT, LLC
10115 KINCEY AVE SUITE 250
HUNTERSVILLE, NC 28078
EMAIL: TMERK@VERIGENT.COM

VERKADA INC
DEPT LA 24900
PASADENA, CA 91185-4900
EMAIL: TEAM@VERKADA.COM

VERKADA INC
406 E 3RD AVE
SAN MATEO, CA 94401
EMAIL: SHAUNA.MONTGOMERY@VERKADA.COM

**PARTIES REQUESTING NOTICE**

WATERFIELD TECHNOLOGIES
ONE WEST THIRD STREET
SUITE 1115
TULSA, OK 74103
EMAIL: CRYSTAL.COUTURIER@WATERFIELD.COM

ABERNATHY, ROEDER, BOYD & HULLETT, PC
(COUNSEL TO COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
ATTN: PAUL LOPEZ, LARRY BOYD, & EMILY HAHN
1700 REDBUD BLVD, STE 300
MCKINNEY, TX 75069
FAX: 214-544-4040
EMAIL: PLOPEZ@ABERNATHY-LAW.COM;
BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM

ARENTFOX SCHIFF LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY)
ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN
1301 AVENUE OF THE AMERICAS, 42ND FLOOR
NEW YORK, NY 10019
FAX: 212-484-3990
EMAIL: JEFFREY.GLEIT@AFSLAW.COM;
BRETT.GOODMAN@AFSLAW.COM

ARENTFOX SCHIFF LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FBS)
ATTN: MATTHEW R. BENTLY
233 SOUTH WACKER DRIVE, SUITE 7100
CHICAGO, IL 60606
FAX: 312-258-5600
EMAIL: MATTHEW.BENTLY@AFSLAW.COM

BAINS LAW PLLC
(COUNSEL TO LIBERTY MUTUAL INSURANCE CO)
ATTN: BRANDON BAINS
PO BOX 559
AZLE, TX 76098
EMAIL: BRANDON@BAINSLAW.COM

BRACEWELL LLP
(COUNSEL TO WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC - IN ITS CAPACITY AS ABL DIP AGENT)
ATTN: WILLIAM A. WOOD III
711 LOUISIANA STREET, SUITE 2300
HOUSTON, TX 77002
EMAIL: TREY.WOOD@BRACEWELL.COM

BRACEWELL LLP
(COUNSEL TO WELLS FARGO COMMERCIAL DISTRIBUTION FINANCE, LLC - IN ITS CAPACITY AS ABL DIP AGENT)
ATTN: JONATHAN LOZANO
111 CONGRESS AVENUE, SUITE 2300
AUSTIN, TX 78701
EMAIL: JONATHAN.LOZANO@BRACEWELL.COM

BUCHALTER, P.C.
(COUNSEL TO ORACLE AMERICA, INC)
ATTN: SHAWN M. CHRISTIANSON
425 MARKET ST, STE 2900
SAN FRANCISCO, CA 94105-3493
EMAIL: SCHRISTIANSON@BUCHALTER.COM

COHNE KINGHORN P.C.
(COUNSEL TO AKAMAI TECHNOLOGIES, INC)
ATTN: GEORGE HOFMANN
111 EAST BROADWAY, 11TH FL
SALT LAKE CITY, UT 84111
FAX: 801-363-4378
EMAIL: GHOFMANN@CK.LAW

DAVIS POLK & WARDWELL LLP
(COUNSEL TO AD HOC GROUP OF SECOND LIEN LENDERS)
ATTN: ADAM L. SHPEEN, ABRAHAM BANE
450 LEXINGTON AVENUE
NEW YORK, NY 10017
EMAIL: ADAM.SHPEEN@DAVISPOLK.COM;
ABRAHAM.BANE@DAVISPOLK.COM

DYKEMA GOSSETT PLLC
(COUNSEL TO THOMSON LOGISTICS ASSETS, LLC)
ATTN: PATRICK HUFFSTICKLER
112 E. PECAN ST, STE 1800
SAN ANTONIO, TX 78205
FAX: 210-226-8395
EMAIL: PHUFFSTICKLER@DYKEMA.COM

FEDEX CORPORATE SERVICES
ATTN TIFFANI N REED, SR REVENUE AGENT
3965 AIRWAYS BLVD
MODULE G, 3RD FL
MEMPHIS, TN 38116-5017
EMAIL: TIFFANI.REED@FEDEX.COM

FROST BROWN TODD LLP
(COUNSEL TO SEISMIC, LLC)
ATTN: MARK A PLATT
2101 CEDAR SPRINGS RD, STE 900
DALLAS, TX 75201
FAX: 214-545-3473
EMAIL: MPLATT@FBTLAW.COM

FROST BROWN TODD LLP
(COUNSEL TO SEISMIC, LLC)
ATTN: JORDAN S. BLASK
501 GRANT ST, STE 800
PITTSBURGH, PA 15219
FAX: 412-513-4299
EMAIL: JBLASK@FBTLAW.COM

GIBSON, DUNN & CRUTCHER LLP
(COUNSEL TO THE FIRST LIEN AD HOC GROUP)
ATTN: MICHELLE CHOI
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197
EMAIL: MCHOI@GIBSONDUNN.COM

GRAY REED
(COUNSEL TO AD HOC GROUP OF EXCLUDED LENDERS)
ATTN: JASON S. BROOKNER
1300 POST OAK BLVD, STE 2000
HOUSTON, TX 77056
FAX: 713-986-7100
EMAIL: JBROOKNER@GRAYREED.COM

HAYNES AND BOONE, LLP
(COUNSEL TO AD HOC GROUP OF SECOND LIEN LENDERS)
ATTN: ARSALAN MUHAMMAD, IMAAN PATEL
1221 MCKINNEY STREET, SUITE 4000
HOUSTON, TX 77010
EMAIL: ARSALAN.MUHAMMAD@HAYNESBOONE.COM;
IMAAN.PATEL@HAYNESBOONE.COM

HUNTON ANDREWS KURTH LLP
(COUNSEL TO PVKG INVESTMENT HOLDINGS, INC.)
ATTN: TIMOTHY A. DAVIDSON II, ASHLEY L. HARPER
CATHERINE A. RANKIN
600 TRAVIS STREET, SUITE 4200
HOUSTON, TX 77002
EMAIL: TADDAVIDSON@HUNTONAK.COM;
ASHLEYHARPER@HUNTONAK.COM; CRANKIN@HUNTONAK.COM

LATHAM & WATKINS LLP
(COUNSEL TO PVKG INVESTMENT HOLDINGS, INC.)
ATTN: KEITH A. SIMON, DAVID A. HAMMERMAN
RANDALL CARL WEBER-LEVINE
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
EMAIL: KEITH.SIMON@LW.COM; DAVID.HAMMERMAN@LW.COM;
RANDALL.WEBER-LEVINE@LW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO DALLAS COUNTY)
2777 N. STEMMONS FREEWAY, STE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@LGBS.COM

MCCARTHY, LEBIT, CRUSTAL & LIFFMAN CO LPA
(COUNSEL TO MEDIU, INC)
ATTN: RACHEL STEINLAGE
1111 SUPERIOR AVE, STE 2700
CLEVELAND, OH 44114
FAX: 216-696-1210
EMAIL: RLS@MCCARTHYLEBIT.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
(COUNSEL TO FEDERAL INSURANCE COMPANY)
ATTN: GARY D. BRESSLER
300 DELAWARE AVE, STE 1014
WILMINGTON, DE 19801
FAX: 302-654-4031
EMAIL: GBRESSLER@MDMC-LAW.COM

OTTERBOURG P.C.
(COUNSEL TO WELLS FARGO COMMERCIAL DISTRIBUTION
FINANCE, LLC - IN ITS CAPACITY AS ABL DIP AGENT)
ATTN: DANIEL F. FIORILLO, CHAD B. SIMON
230 PARK AVENUE
NEW YORK, NY 10169
FAX: 212-612-6804
EMAIL: DFIORILLO@OTTERBOURG.COM;
CSIMON@OTTERBOURG.COM

POLSINELLI PC
(COUNSEL TO ROMAN CATHOLIC ARCHBISOP OF LA)
ATTN: TRINITEE G. GREEN
2950 N. HARWOOD ST, STE 2100
DALLAS, TX 75201
EMAIL: TGGREEN@POLSINELLI.COM

PORTER HEDGES LLP
(COUNSEL TO THE FIRST LIEN AD HOC GROUP)
ATTN: JOHN F. HIGGINS, ERIC M. ENGLISH
JAMES A. KEEFE
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002
EMAIL: JHIGGINS@PORTERHEDGES.COM;
EENGLISH@PORTERHEDGES.COM; JKEEFE@PORTERHEDGES.COM

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO TRAVELERS CASUALTY & SURETY CO)
ATTN: LISA BITTLE TANCREDI
100 LIGHT ST, 26TH FL
BALTIMORE, MD 21202
FAX: 410-545-5801
EMAIL: LISA.TANCREDI@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO TRAVELERS CASUALTY & SURETY CO)
ATTN: TODD ATKINSON
717 TEXAS AVE, STE 2100
HOUSTON, TX 77002
FAX: 346-998-5901
EMAIL: TODD.ATKINSON@WBD-US.COM