United States Courts
Southern District of Texas
FILED

MAY 20 2024

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **CONVERGE ONE HOLDINGS, INC.,** *et al.*, | ) | CASE NO. **24-90194-CML** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters an appearance for Verint Systems Inc. ("**Verint**"), a creditor in the above-captioned case, and pursuant to 11 U.S.C. §1109(b), and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon Verint through its undersigned counsel as follows:

Jason L. Pettie, Esq.
Neil C. Gordon, Esq.
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770-434-6868
jpettie@taylorenglish.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtors or property of the debtors.

{02782494-1 }

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, claim, or suit is intended nor shall be deemed to waive the rights of Verint: (i) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretional withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly reserved, (v) to any election of remedy, or (vi) to any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice. Further, neither this notice nor any subsequent appearance, pleading, claim or suit is intended nor shall be deemed to be consent to adjudication of any proceeding by the Bankruptcy Court as provided in *Wellness International Network, Ltd. v. Sharif*, 575 U.S. 665 (2015).

This 7th day of May, 2024

TAYLOR ENGLISH DUMA LLP
*Attorneys for Verint Systems Inc.*

By: */s/ Jason L. Pettie*
Jason L. Pettie
Georgia Bar No. 574783
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Telephone: 770-434-6868
Email: *jpettie@taylorenglish.com*

{02782494-1}

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served the foregoing *Notice of Entry of Appearance and Request for Service of Notices* by filing a copy with the Clerk of Court and causing a copy to be served on all parties receiving notice via the CM/ECF system who have filed a notice of appearance in this matter, and by depositing same in the United States Mail, postage prepaid, addressed to the below:

ConvergeOne Holdings, Inc.
10900 Nesbitt Avenue South
Bloomington, MN 55437

Bojan Guzina
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606

This 7th day of May, 2024.

/s/ *Jason L. Pettie*
Jason L. Pettie

{02782494-1}