IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CONVERGEONE HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 24-90194 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FILING OF SCHEDULE OF PROPOSED CURE CLAIMS**

  **PLEASE TAKE NOTICE** that on May 23, 2024, the United States Bankruptcy Court for the Southern District of Texas ("**Court**") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of ConvergeOne Holdings, Inc. and Its Debtor Affiliates* [Docket No. 396] (the "**Confirmation Order**").

  **PLEASE TAKE FURTHER NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the *Schedule of Proposed Cure Claims* attached hereto as **Exhibit A**. Any monetary amounts by which an Executory Contract or Unexpired Lease[2] to be assumed under the Plan is in default must be satisfied under section 365(b)(1) of the Bankruptcy Code by the Debtors or Reorganized Debtors, as applicable, upon assumption.

  **PLEASE TAKE FURTHER NOTICE** that under the Plan and Confirmation Order, all Executory Contracts and Unexpired Leases are deemed assumed as of the Effective Date, even if they are not listed on **Exhibit A**, unless they: (1) were previously assumed or rejected by the Debtors; (2) previously expired or terminated pursuant to their own terms; (3) are the subject of a motion or notice to reject pending as of the Effective Date, or (4) are identified on the Rejected Executory Contract and Unexpired Lease List [*see* Docket No. 357].

  **PLEASE TAKE FURTHER NOTICE** that if you wish to (i) request payment of a Cure Claim that differs from the amount set forth on **Exhibit A**, (ii) object to the assumption of an

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: AAA Network Solutions, Inc. (7602); ConvergeOne Dedicated Services, LLC (3323); ConvergeOne Government Solutions, LLC (7538); ConvergeOne Holdings, Inc. (9427); ConvergeOne Managed Services, LLC (6277); ConvergeOne Systems Integration, Inc. (9098); ConvergeOne Technology Utilities, Inc. (6466); ConvergeOne Texas, LLC (5063); ConvergeOne Unified Technology Solutions, Inc. (2412); ConvergeOne, Inc. (3228); Integration Partners Corporation (7289); NetSource Communications Inc. (6228); NuAge Experts LLC (8150); Providea Conferencing, LLC (7448); PVKG Intermediate Holdings Inc. (4875); Silent IT, LLC (7730); and WrightCore, Inc. (3654). The Debtors' mailing address is 10900 Nesbitt Avenue South, Bloomington, Minnesota 55437.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Executory Contract or Unexpired Lease, or (iii) dispute the ability of the Debtors to provide adequate assurance of future performance under section 365 of the Bankruptcy Code, you must File an objection on or before thirty (30) days after the Effective Date of the Plan (the "**Cure Claim Objection Deadline**").[3]  Objections shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of Texas and shall be Filed with the Court.

| | |
|---|---|
| Dated:  June 3, 2024<br>            Houston, Texas | **WHITE & CASE LLP**<br><br>*/s/ Charles R. Koster*<br>Charles R. Koster (Texas Bar No. 24128278)<br>**WHITE & CASE LLP**<br>609 Main Street, Suite 2900<br>Houston, Texas 77002<br>Telephone: (713) 496-9700<br>Facsimile: (713) 496-9701<br>Email: charles.koster@whitecase.com<br><br>-and-<br><br>Bojan Guzina (admitted *pro hac vice*)<br>Andrew F. O'Neill (admitted *pro hac vice*)<br>Jason N. Zakia (admitted *pro hac vice*)<br>Erin R. Rosenberg (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>Adam T. Swingle (admitted *pro hac vice*)<br>**WHITE & CASE LLP**<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>Email: bojan.guzina@whitecase.com<br>           jzakia@whitecase.com<br>           aoneill@whitecase.com<br>           erin.rosenberg@whitecase.com<br>           blair.warner@whitecase.com<br>           adam.swingle@whitecase.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

---

[3]  The Debtors will file a *Notice of Occurrence of the Effective Date* as soon as reasonably practicable after the Effective Date occurs.

**Certificate of Service**

      I certify that on June 3, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Charles R. Koster*
                                                    Charles R. Koster