**Exhibit A**

**Schedule of Proposed Cure Claims**

| Counterparty Name | Address | Location Information | Cure Claim Amount |
|---|---|---|---|
| 12-18 Hartwell Owner LLC | 12 Hartwell Ave<br>Lexington, MA 02421 | c/o Greatland Realty Partners<br>ATTN: Kevin Sheehan & Philip Dorman<br>One Federal, 18th Floor<br>Boston, MA 02110 | $4,904.75 |
| 1221 AVENUE HOLDINGS LLC | 1221 Avenue of the Americas<br>New York, New York 10020 | 1221 Avenue of the Americas<br>New York, New York 10020 | $1,819.01 |
| 1330 AOA Management LLC | 1330 Avenue of the Americas<br>New York, New York 10019 | 825 Northern Blvd<br>1st Floor<br>Great Neck, New York 11021 | $4,944.04 |
| 400 SW, LLC | 15333 N. Pima Road<br>Suite 125<br>Scottsdale, AZ 85260 | c/o VWP Realty, LLC<br>ATTN: Managing Partner<br>2390 E Camelback Road, Suite 305<br>Phoenix, AZ 85016 | $885.89 |
| 532 Realty Associates, LLC | 532 Broadhollow Road<br>Melville, NY 11747 | 324 South Service Road<br>Ste 125<br>Melville, NY 11747 | $958.91 |
| 6448 Realty Associates, LLC | 64 West 48th Street<br>New York, NY 10036 | 118-35 Queens Boulevard<br>Forest Hills, NY 11375 | $816.46 |
| 8 Emery Avenue LLC (NS Only) | 5 Stewart Court<br>Denville, NJ | 38 Pine Terrace<br>Demarest, NJ 07627 | $4,965.13 |
| Arrow Enterprise Computing Solutions Inc. | 13219 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693 | | $1,173,221.62 |
| BLV HOLDINGS LLC | 723 S. 3rd Street<br>Suite 105<br>Las Vegas, NV | 723 S 3rd Street<br>Las Vegas, NV 89101 | $65.20 |
| BRE Delta Industrial Sacramento LP | 1020 Del Paso Road<br>Sacramento, CA 95834 | c/o Link Logistics Real Estate Management<br>ATTN: General Counsel<br>90 Park Avenue<br>32nd Floor<br>New York, New York 10016 | $1,372.55 |
| Castle Creek Property, L.L.C. | 5875 Castle Creek Parkway<br>North Drive Indianapolis, IN 46250 | 29074 Network Place<br>Chicago, IL 60673 | $698.34 |
| CL CARY, LLC | 1255 Crescent Green<br>Cary, NC 27518 | c/o Capital Associates Management LLC<br>5400 Trinity Road<br>Suite 105<br>Raleigh, NC 27607 | $2,986.40 |
| CROSS BUILDING INVESTMENT LLC | 10900 Nesbitt Avenue<br>South Bloomington, MN 55437 | 4693 Vine Hill Rd<br>Excelsior, MN 55331 | $8,076.67 |
| Gartner, Inc. | 291 Broadway STE 901, New York, NY 10007 | | $352,500.00 |
| LEFFINGWELL BUILDING LLC | 825 Chicago<br>Suite C1<br>Evanston, IL 60202 | c/o Farnsworth-Hill<br>708 Church Street<br>Suite #211<br>Evanston, IL 60201 | $60.00 |
| MARKLEY BOSTON LLC | One Summer Street<br>Boston, MA 02110 | One Summer Street<br>Boston, MA 02110 | $2,273.89 |
| MEADOWS ROAD LLC | 5335 SW Meadows Road<br>Lake Oswego, OR 97035 | 16575 Meadows Road<br>White City, OR 97503 | $1,603.02 |
| Mississippi E Center | 1230 Raymond Road<br>Jackson, MS 39204 | 1230 Raymond Road<br>Jackson, MS 39204 | $2,256.30 |
| NEUBERGER BERMAN GROUP LLC | 1290 Avenue of the Americas<br>New York, New York 10104 | 1290 Avenue of the Americas<br>New York, New York 10104 | $184.41 |
| Nuance Communications Inc. | 1 Wayside Road<br>Burlington, MA 01803 | | $920,519.80 |

| | | | |
|---|---|---|---|
| Park Place Center | 8650 Minnie Brown Road Suite 101 Montgomery, AL 36117 | 8650 Minnie Brown Road Montgomery, AL 36117 | $340.00 |
| PLANO OFFICE CENTER LLC | 1820 Preston Park Boulevard Suite 2000 Plano, TX 75093 | 4975 Preston Park Blvd Suite 15 Plano, TX 75093 | $6,967.84 |
| PMZ RIVERWOOD LLC | N19 W24400 Riverwood Drive Pewaukee, WI 53188 | 401 North Michigan Ave Suite 250 Chicago, IL 60611 | $4,864.62 |
| R&R Real Estate Investors II, LLC | 7601 Office Plaza Drive North Suite 110 West Des Moines, IA 50266 | 1080 Jordan Creek Parkway Suite 200 North West Des Moines, IA 50266 | $943.27 |
| ROCKEFELLER CENTER NORTH, INC | 1271 Avenue of the Americas New York, New York 10020 | 1271 Avenue of the Americas New York, New York 10020 | $263.33 |
| SOUTHCREEK CORPORATE CENTER 1 | 12980 Foster Street Overland Park, KS 66213 | c/o Founders Properties ATTN: Kelsey Gregory 10350 Bren Road West Minnetonka, MN 55343 | $2,787.28 |
| WALNUT PASADENA PROPERTIES, LLC | 849 West LeVoy Drive Salt Lake City, UT 84123 | c/o Colliers International 1850 Mt Diablo Blvd Suite 200 Walnut Creek, CA 94596 | $1,519.92 |
| WWLJ, LLC | 8680 Concord Center Drive Englewood, CO 80112 | 401 East E Street Casper, WY 82601 | $4,669.33 |